O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH RALPH COLEY, ) | Case No. CV 09-08595 CAS (AJW) |
| Plaintiff, ) | |
| ) | ORDER ADOPTING REPORT |
| v. ) | AND RECOMMENDATION OF |
| ) | MAGISTRATE JUDGE |
| SHERIFF LEE BACA, et al., ) | |
| Defendants. ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action and the attached Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED: February 11, 2011

_____
CHRISTINA A. SNYDER
United States District Judge