O

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| KENNETH COLEY, ) | Case No. CV 09-08595 CAS (AJW) |
| ) | |
| Plaintiff, ) | |
| ) | ORDER ACCEPTING REPORT |
| v. ) | AND RECOMMENDATION OF |
| ) | MAGISTRATE JUDGE |
| SHERIFF LEE BACA, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ———————————————— ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report.  Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: October 23, 2013

*Christina A. Snyder*

————————————————
CHRISTINA A. SNYDER
United States District Judge