JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH COLEY, ) | |
| ) | |
| Plaintiff, ) | Case No. CV 09-08595 CAS (AJW) |
| ) | |
| v. ) | |
| ) | |
| SHERIFF LEE BACA, et al., ) | J U D G M E N T |
| ) | |
| Defendants. ) | |
| ─────────────────────────── ) | |

**IT IS ADJUDGED** that: (1) plaintiff's claims against the Los Angeles County Board of Supervisors and individual supervisors Michael Antonovich, Yvonne Burke, Donald Knabe, Gloria Molina, and Zev Yaroslavsky should be dismissed in their entirety with prejudice; and (2) plaintiff's claims against Los Angeles County Sheriff Lee Baca, Los Angeles County Deputy Sheriff Espinosa, and Doe defendants 1 through 10 should be dismissed without prejudice.

DATED: October 23, 2013

*Christina A. Snyder*

────────────────────────
CHRISTINA A. SNYDER
United States District Judge